Petition for Writ of Mandamus Dismissed and Opinion filed May 23, 2006









Petition for Writ of Mandamus Dismissed and Opinion
filed May 21 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00206-CV

____________

 

IN RE JACQUELINE PARK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On March 9, 2006, relator filed a
petition for writ of mandamus in this Court. 
See Tex. Gov=t Code Ann ' 22.221 (Vernon 2004); see  also  Tex.
R. App. P. 52.1.  Subsequently, on
March 17, 2006, relator filed a motion to dismiss her
petition without prejudice because the parties have reached an agreement
regarding this case.  Accordingly, we
hereby grant relator=s motion and dismiss her petition for
writ of mandamus.

 

PER CURIAM

 

Petition
Dismissed and Opinion filed March 21 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.